# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERENDIRA ESPERANZA GUZMAN-IBARGUEN, et al., | 2:10-CV-01228-PMP-PAL |
| Plaintiffs, | **ORDER** |
| vs. | |
| SUNRISE HOSPITAL AND MEDICAL CENTER, et al., | |
| Defendants. | |

The Court having read and considered Defendants' Motion to Dismiss (Doc. #7) filed September 22, 2010, Plaintiffs' Amended Complaint (Doc. # 8) filed October 5, 2010, Plaintiffs' Response to Motion to Dismiss (Doc. #9) filed October 5, 2010, and Defendants' Reply to Plaintiffs' Response to Motion to Dismiss (Doc. #10) filed October 15, 2010, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

DATED: October 19, 2010.

PHILIP M. PRO
United States District Judge