# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERENDIRA ESPERANZA GUZMAN-IBARGUEN, et al., | 2:10-CV-01228-PMP-PAL |
| Plaintiffs, | **ORDER** |
| vs. | |
| SUNRISE HOSPITAL AND MEDICAL CENTER, et al., | |
| Defendants. | |

The Court having read and considered Motion to Set Aside Default and Motion for Sanctions (Doc. #13), filed on October 29, 2010, filed on behalf of Defendants Chaves, Hendricks, Tacadena, Keily and Struss, and there being no timely opposition filed by Plaintiffs thereto, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion to Set Aside Default (Doc. #13) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendants Motion for Sanctions (Doc. #13) is **DENIED**.

DATED: November 17, 2010.

_____
PHILIP M. PRO
United States District Judge