1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERINDIRA ESPERANZA GUZMAN-IBARGUEN, *et. al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| SUNRISE HOSPITAL AND MEDICAL CENTER, *et. al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

Case No.  2:10-cv-01228-PMP-GWF

**ORDER**

   **IT IS HEREBY ORDERED** all documents in case no. 2:10-cv-01983-PMP-GWF and case no. 2:10-cv-01228-PMP-GWF shall be filed under base file no. 2:10-cv-1228-PMP-GWF as the actions have been consolidated.  (*See* #27).

   DATED this 14th day of January, 2011.


_____
GEORGE FOLEY, JR.
United States Magistrate Judge