# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ERINDIRA ESPERANZA GUZMAN-IBARGUEN, individually; ERENDIRA MEJIA-GUZMAN, individually; MARIA FERNANDEZ MEJIA-GUZMAN, Individually, TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO MEJIA-ESTRADA

Plaintiffs,

vs.

SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.

Defendants.

2:10-cv-01228-PMP -GWF

**ORDER**

**IT IS ORDERED that** the Eighth 0Judicial District Court shall return to Plaintiffs their monies on deposit by issuing a check in the amount of $10,500.00 made payable to their attorneys, Christensen Law Offices, LLC, so the funds may be posted with this Court.

DATED: March 16, 2011.

PHILIP M. PRO
United States District Judge