# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERINDIRA ESPERANZA GUZMAN-IBARGUEN, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNRISE HOSPITAL AND MEDICAL CENTER, *et. al.*, <br><br> Defendants. | Case No. 2:10-cv-1228-PMP-GWF <br> **Consolidated with:** <br> Case No. 2:10-cv-1983-PMP-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). Motions for summary judgment (#47 and 57) were decided on July 13, 2011, in which case the date for filing the Joint Pretrial Order was suspended until 30 days after the decision. There are no further dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **August 25, 2011.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 15th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge