# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERINDIRA ESPERANZA GUZMAN-IBARGUEN, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNRISE HOSPITAL AND MEDICAL CENTER, *et. al.*, <br><br> Defendants. | Case No. 2:10-cv-1228-PMP-GWF <br> **Consolidated with:** <br> Case No. 2:10-cv-1983-PMP-GWF <br><br> **ORDER** |

Pursuant to the discovery plan and scheduling order (#76), the joint pretrial order is due on October 28, 2011. Accordingly,

**IT IS ORDERED** the Court's order (#86) is withdrawn. The joint pretrial order is due no later than October 28, 2011.

DATED this 16th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge