ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 West Charleston Boulevard
Las Vegas, NV  89117-1401
(702) 384-7000
Attorneys for Defendants
TIEN CHANG WANG, M.D., and
FREMONT EMERGENCY SERVICES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA



| | |
|---|---|
| ERENDIRA ESPERANZA GUZMAN-IBARGUEN, individually; ERENDIRA MEJIA-GUZMAN, individually' MARIA FERNANDEZ MEJIA-GUZMAN, individually; TAMMY HARLESS, as Special Administrator for the Estate of OSCAR ANICETO MEJIA-ESTRADA, <br><br> Plaintiffs, <br><br> v. <br><br> SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; OSCAR CHAVES, RN; NANCY BEASLEY, RN; ARLAMAY ROGERS, RN; LAUREN HENDRICKS, RN; MARCELINO A. TACADENA, RN; TINA HAYES, CNA; NURSE STRUASS, RN; TIEN CHANG WANG, M.D.; ANTHONY KEILY; JEFFREY JOHNSTON; SOUTHWEST EMERGENCY ASSOCIATES; DOES I-XX and ROES I-X, <br><br> Defendants. | Case No.:  2:10-cv-01983-PMP-GWF <br> Case No.:  2:10-cv-01228-PMP-PAL <br><br> **CONSOLIDATED CASE NO.: 2:10-cv-01228-PMP-PAL** <br><br> **<u>MOTION TO WITHDRAW DEFENDANT FREMONT EMERGENCY SERVICES' MOTION FOR SUMMARY JUDGMENT</u>** |

COMES NOW, Defendant FREMONT EMERGENCY SERVICES by and through its

attorneys of record, ALVERSON, TAYLOR, MORTENSEN & SANDERS, and hereby withdraws

LS#18273

its Motion for Summary Judgment. This Motion is based upon the attached Points and Authorities, exhibits, and all other pleadings and papers on file herein, and any such oral argument as this Honorable Court may entertain if a hearing is scheduled for this matter.

DATED this 21 day of November, 2011.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: /s/ Shirley Blazich
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, NV 89117-1401
(702) 384-7000
Attorneys for Defendants
TIEN CHANG WANG., M.D., and
FREMONT EMERGENCY SERVICES

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### ARGUMENT

This is a medical malpractice case arising out of Defendant Fremont Emergency Services' treatment of decedent Oscar Aniceto Mejia-Estrada on July 27, 2008. Following the close of discovery in this matter, Defendant Fremont Emergency Services filed a Motion for Summary Judgment (Doc. #109) regarding Plaintiffs' claims on November 4, 2011. Thereafter, Plaintiffs agreed to stipulate to dismiss Defendant Fremont Emergency Services from this matter, with prejudice. On November 15, 2011, the Stipulation and Order to Dismiss Defendant Fremont Emergency Services (Doc. #113-114) was filed in the United States District Court for the District of Nevada, thereby dismissing Fremont Emergency from the instant case. See **Exhibit A**, attached hereto, Stipulation and Order to Dismiss Fremont Emergency Services. Therefore, Fremont

2                                                        LS#18273

Emergency Services moves to withdraw its Motion for Summary Judgment, as it is now moot.

## II.

## CONCLUSION

Based on the foregoing, Defendant Fremont Emergency Services respectfully moves to withdraw its Motion for Summary Judgment (Doc. #109), as Fremont Emergency Services has been dismissed from the instant action.

DATED this 21 day of November, 2011.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: _____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
7401 W. Charleston Boulevard
Las Vegas, NV  89117-1401
(702) 384-7000
Attorneys for Defendants
TIEN CHANG WANG., M.D., and
FREMONT EMERGENCY SERVICES

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2011.

3                                   LS#18273

## CERTIFICATE OF SERVICE

I hereby certify, that on the 21ST day of November, 2011, service of the foregoing **MOTION TO WITHDRAW DEFENDANT FREMONT EMERGENCY SERVICES' MOTION FOR SUMMARY JUDGMENT**, was made by U.S. Mail this date by mailing a true and correct copy of the same to each party addressed as follows:

David F. Sampson, Esq.
CHRISTENSEN LAW OFFICES, LLC
1000 South Valley View
Las Vegas, Nevada 89107
*Attorneys for Plaintiffs*

Kenneth M. Webster, Esq.
Michael T. Koptik, Esq.
HALL PRANGLE & SCHOONVELD, LLC
777 N. Rainbow Blvd., Suite 225
Las Vegas, Nevada 89107
*Attorneys for Defendants*
*LAURA HENDRICKS, ANTHONY KEILY, VICKY STRAUSS, MARCELINO TACADENA, and OSCAR CHAVEZ*

/s/ Debbie Swann
An employee of
ALVERSON, TAYLOR, MORTENSEN & SANDERS

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

n:\leann.grp\cases\18273\pleadings\mtn withdraw fremont msj.doc

LS#18273

EXHIBIT A

From: FAXmaker    To: 870-6152    Page: 3/8    Date: 11/1/2011 2:36:10 PM

1  ALVERSON, TAYLOR,
   MORTENSEN & SANDERS
2  LEANN SANDERS, ESQ.
3  Nevada Bar No. 000390
   SHIRLEY BLAZICH, ESQ.
4  Nevada Bar No. 008378
   7401 West Charleston Boulevard
5  Las Vegas, NV  89117-1401
6  (702) 384-7000
   Attorneys for Defendants
7  TIEN CHANG WANG, M.D., and
   FREMONT EMERGENCY SERVICES
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA
                          @
11

12 ERENDIRA ESPERANZA GUZMAN-IBARGUEN,
   individually; ERENDIRA MEJIA-GUZMAN,            Case No.: 2:10-cv-01983-PMP-GWF
13 individually' MARIA FERNANDEZ MEJIA-            Case No.: 2:10-cv-01228-PMP-PAL
   GUZMAN, individually; TAMMY HARLESS,
14 as Special Administrator for the Estate of      **CONSOLIDATED CASE NO.:**
   OSCAR ANICETO MEJIA-ESTRADA,                   **2:10-cv-01228-PMP-PAL**
15

16         Plaintiffs,                             **STIPULATION AND ORDER TO**
   v.                                              **DISMISS DEFENDANT**
17                                                 **FREMONT EMERGENCY**
   SUNRISE HOSPITAL AND MEDICAL CENTER,           **SERVICES**
18 LLC; OSCAR CHAVES, RN; NANCY BEASLEY,
   RN; ARLAMAY ROGERS, RN; LAUREN
19 HENDRICKS, RN; MARCELINO A. TACADENA,
   RN; TINA HAYES, CNA; NURSE STRUASS, RN;
20 TIEN CHANG WANG, M.D.; ANTHONY KEILY;
   JEFFREY JOHNSTON; SOUTHWEST
21 EMERGENCY ASSOCIATES;
22 DOES I-XX and ROES I-X,
23
           Defendants.
24

25     IT IS HEREBY STIPULATED and agreed by and between, Defendants TIEN CHANG

26 WANG, M.D. and FREMONT EMERGENCY SERVICES, by and through their attorneys of record,

27 ALVERSON, TAYLOR, MORTENSEN & SANDERS; Plaintiffs ERENDIRA ESPERANZA
28

1

LS#18273

1  GUZMAN-IBARGUEN, individually, ERENDIRA MEJIA-GUZMAN, individually, MARIA-
2  FERNANDEZ MEJIA-GUZMAN, individually, and TAMMY HARLESS, as Special Administrator
3  of the Estate of Oscar Aniceto Mejia-Estrada, by and through their counsel of record, David
4  Sampson, Esq., of the law firm CHRISTENSEN LAW OFFICES, LLC; and Defendants SUNRISE
5
6  HOSPITAL & MEDICAL CENTER, LLC, MARCELINO A. TACADENA, RN, TINA HAYES,
7  CNA and ANTHONY KELLY, by and through their counsel of record, Jonquil Urdaz, Esq., of the
8  law firm HALL PRANGLE & SCHOONVELD, LLC, as follows:
9  Defendant FREMONT EMERGENCY SERVICES is DISMISSED, WITH PREJUDICE,
10 from the foregoing Consolidated Case No. 2:10-cv-01228-PMP-PAL, each party to bear their own
11
12 attorney's fees and costs.
13 DATED this ___ day of November, 2011.          DATED this ___ day of November, 2011.
14
15 ALVERSON, TAYLOR,                               CHRISTENSEN LAW OFFICES, LLC
   MORTENSEN & SANDERS
16
17 By _____                    By _____
      LEANN SANDERS, ESQ.                              DAVID SAMPSON, ESQ.
18    Nevada Bar No. 000390                            Nevada Bar No. 006811
      SHIRLEY BLAZICH, ESQ.                            1000 South Valley View
19    Las Vegas, NV 89101                              Las Vegas, NV 89107
      Nevada Bar No. 008378                            Attorneys for Plaintiffs
20    7401 West Charleston Boulevard
21    Las Vegas, Nevada 89117
      Attorneys for Defendants
22    TIEN CHANG WANG., M.D., and
23    FREMONT EMERGENCY SERVICES

24 ///
25 ///
26 ///
27 ///
28

2                                                                                    LS#18273

1  DATED this 14 day of November, 2011.

2  HALL PRANGLE & SCHOONVELD, LLC

3  By_____ GB#10783
4     Kenneth M. Webster, Esq.
       Nevada Bar No. 007205
5     Michael T. Koptik, Esq.
       Nevada Bar No. 008534
6     777 N. Rainbow Blvd., Suite 225
7     Las Vegas, Nevada 89107
       Attorneys for Defendants
8     Sunrise Hospital & Medical Center, LLC,
       Laura Hendricks, Anthony Kelly, Vicky Strauss,
9     Marcelino Tacadena, Oscar Chaves, and Tina Hayes

## ORDER

Pursuant to the foregoing stipulation by counsel for all parties, good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DEFENDANT FREMONT EMERGENCY SERVICES is DISMISSED, WITH PREJUDICE, from the foregoing Consolidated Case No. 2:10-cv-01228-PMP-PAL, each party to bear their own attorney's fees and costs.

DATED this _ 16th day of November, 2011.

_____
HONORABLE UNITED STATES JUDGE

Respectfully submitted,
ALVERSON, TAYLOR,
MORTENSEN & SANDERS

By_____
   LEANN SANDERS, ESQ.
   Nevada Bar No. 000390
   SHIRLEY BLAZICH, ESQ.
   Nevada Bar No. 008378
   7401 W. Charleston Boulevard
   Las Vegas, NV 89117-1401
   (702) 384-7000
   Attorneys for Defendants
   TIEN CHANG WANG., M.D., and
   FREMONT EMERGENCY SERVICES

n:\leann.grp\cases\18273\pleadings\sao - dismiss fes.doc

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3

LS#18273