UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERENDIRA ESPERANZA GUZMAN-IBARGUEN, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> SUNRISE HOSPITAL AND MEDICAL ) <br> CENTER, LLC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case # 2:10-CV-1228-PMP-GWF <br><br> ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, September 11, 2012,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 12th day of December, 2011.

PHILIP M. PRO, U.S. DISTRICT JUDGE