# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ERINDIRA ESPERANZA GUZMAN-IBARGUEN, *et al.*,

Plaintiffs,

vs.

SUNRISE HOSPITAL AND MEDICAL CENTER, LLC., et al.,

Defendants.

Case No. 2:10-cv-1228-PMP-GWF
**Consolidated with:**
Case No. 2:10-cv-1983-PMP-GWF

**ORDER**

Before the Court is Defendants' fully briefed Motion to Strike Plaintiffs' Expert, Thomas Carroll, Ph.D. (Doc. #107) filed November 4, 2011.

Dr. Carroll is proffered by Plaintiffs as an expert witness qualified to assist the trier of fact in ascertaining the economic loss due to Mr. Mejia-Estrada's death. Although Defendants raise a variety of worthy issues regarding the basis for the opinions expressed by Dr. Carroll, the Court finds the arguments raised in this regard, and also with respect to the underlying qualifications of Dr. Carroll to offer testimony regarding the Mexican economy, are matters which can and should be left to resolution by the trier of fact.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Strike Plaintiffs' Expert, Thomas Carroll, Ph.D. (Doc. #107) is **DENIED**.

DATED: December 22, 2011.

PHILIP M. PRO
United States District Judge