# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERINDIRA ESPERANZA GUZMAN-IBARGUEN, *et al.*, | ) Case No. 2:10-cv-1228-PMP-GWF<br>) **Consolidated with:**<br>) Case No. 2:10-cv-1983-PMP-GWF |
| Plaintiffs, | ) |
| vs. | ) **ORDER** |
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC., et al., | ) |
| Defendants. | ) |

Before the Court for consideration are the Motion for Summary Judgment as to Punitive Damages by Defendants Tina Hayes, and Anthony Keily, Sunrise Hospital and Medical Center, LLC, and Marcelino Tacadena (Doc. #105) and Defendant Tien Chang Wang, M.D. and Freemont Emergency Services' Motion for Summary Judgment on Punitive Damages (Doc. #108) filed November 4, 2011.  The Motions are fully briefed, and the case as to Defendant Freemont Emergency Services has been separately resolved by dismissal of Defendants Freemont Emergency Medical Center and Tien Chang Wang, M.D. (Docs. #113 & #114) rendering their Motion for Summary Judgment (Doc. #108) moot.  The issue relating to Plaintiff's punitive damages claim as to Defendants Sunrise Hospital and Medical Center, LLC, Tina Hayes, Anthony Keily, and Marcelino Tacadena, however, remain at issue.

///

This case arises from the tragic death of Plaintiff's decedent, Oscar Aniceto Mejia-Estrada who committed suicide while in the care of Sunrise Hospital and Medical Center approximately twelve hours after his arrival on July 27, 2008. The circumstances surrounding the care and treatment provided to Mr. Mejia-Estrada during his twelve hour stay at Sunrise Hospital are fully briefed by the Parties in numerous filings in these consolidated proceedings. Based upon a review of the undisputed facts in this case, the Court finds that no genuine issue of material fact remains with respect to Moving Defendants entitlement to judgment on Plaintiffs' claim for punitive damages. The record before the Court does not support a finding by clear and convincing evidence or by a preponderance of the evidence that Defendants were guilty of oppression, fraud, or malice, express or implied, with respect to the care and treatment provided to Mr. Mejia-Estrada during his stay at Sunrise Hospital. Neither does the record support a finding of conscious disregard or a willful and deliberate failure to act on the part of Moving Defendants which would arguably support an award of punitive damages in this case.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Partial Summary Judgment as to Punitive Damages (Doc. #105) and Motion for Summary Judgment (Doc. #108) are **GRANTED**.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge