UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERINDIRA ESPERANZA GUZMAN-IBARGUEN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNRISE HOSPITAL AND MEDICAL CENTER, LLC., et al., <br><br> Defendants. | ) Case No. 2:10-cv-1228-PMP-GWF <br> ) **Consolidated with:** <br> ) Case No. 2:10-cv-1983-PMP-GWF <br> ) <br> ) **ORDER** <br> ) |

On May 9, 2012, a settlement conference was conducted before the Honorable George W. Foley, Jr., United States Magistrate Judge, and the Parties reached a settlement of this case (Doc. #160). A status conference is currently scheduled to occur before Judge Foley on June 8, 2012.

**IT IS THEREFORE ORDERED** that pending Motion for Partial Summary Judgment as to Negligent Credentialing and Corporate Negligence/Negligent Hiring and Supervision (Doc. #103) and Motion for Partial Summary Judgment as to Standard of Care (Doc. #106) are **DENIED** as moot in light of the settlement.

**IT IS FURTHER ORDERED** that the Motion to Strike Notice of Attorney's Lien [#158] (Doc. #159) is referred to Judge Foley for consideration.

DATED: May 29, 2012.

_____
PHILIP M. PRO
United States District Judge