UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERENDIRA ESPERANZA GUZMAN-IBARGUEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, et al.,<br><br>Defendants. | Case No. 2:10-cv-1228-PMP-GWF<br>**Consolidated with:**<br>Case No. 2:10-cv-1983-PMP-GWF<br><br><br><br>ORDER |

On May 9, 2012, a settlement conference was conducted before the Honorable Judge George W. Foley, Jr., United States Magistrate Judge, and the Parties reached a settlement of this case (Doc. #160).

IT IS THEREFORE ORDERED that Defendant Tien Chang Wang, M.D.'s Motion to Limit Plaintiffs' Expert, Paul Bronston, M.D.'s Testimony at Trial (Doc. #146) is hereby DENIED as moot in light of the settlement.

DATED: June 11, 2012

_____
PHILIP M. PRO
United States District Judge