# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERINDIRA ESPERANZA GUZMAN-IBARGUEN, *et. al.*, | Case No. 2:10-cv-1228-PMP-GWF **Consolidated with:** Case No. 2:10-cv-1983-PMP-GWF |
| Plaintiffs, | |
| vs. | **ORDER** |
| SUNRISE HOSPITAL AND MEDICAL CENTER, *et. al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiffs' failure to file a status report regarding Southwest Emergency Associates as ordered on July 19, 2012 (Order #170). The parties filed a Stipulation of Dismissal (#168) on July 17, 2012 and it was granted on July 18, 2012 (#169). No dismissal was filed as to Southwest Emergency Associates. Accordingly,

**IT IS ORDERED** that Plaintiffs file a status report of their intention to pursue this matter as to Defendant Southwest Emergency Associates or file a voluntary dismissal no later than **August 13, 2012**.

DATED this 1st day of August, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge