# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERINDIRA ESPERANZA GUZMAN-IBARGUEN, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNRISE HOSPITAL AND MEDICAL CENTER, *et. al.*, <br><br> Defendants. | Case No. 2:10-cv-1228-PMP-GWF <br> **Consolidated with:** <br> Case No. 2:10-cv-1983-PMP-GWF <br><br><br> **ORDER** |

This matter is before the Court on Plaintiffs' failure to file a status report regarding Southwest Emergency Associates as ordered on July 19, 2012 (Order #170). The parties filed a Stipulation of Dismissal (#168) on July 17, 2012 and it was granted on July 18, 2012 (#169). No dismissal was filed as to Southwest Emergency Associates. Accordingly,

**IT IS ORDERED** that Plaintiffs file a status report of their intention to pursue this matter as to Defendant Southwest Emergency Associates or file a voluntary dismissal no later than **August 13, 2012**.

DATED this 1st day of August, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge