**VDSM**
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
(702) 870-1000 Phone
(702) 870-6152 Fax
courtnotices@injuryhelpnow.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERENDIRA ESPERANZA GUZMAN-IBARGUEN, individually; ERENDIRA MEJIA-GUZMAN, individually; MARIA FERNANDEZ MEJIA-GUZMAN, individually; TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO MEJIA-ESTRADA<br>    Plaintiffs,<br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.; OSCAR CHAVES, RN; NANCY BEASLEY RN; ARLAMAY ROGERS, RN; LAUREN HENDRICKS, RN; MARCELINO A. TACADENA, RN; TINA HAYES, CNA; NURSE STRUASS RN; TIEN CHANG WANG, MD; ANTHONY KEILY; JEFFREY JOHNSTON; SOUTHWEST EMERGENCY ASSOCIATES; FREMONT EMERGENCY DOES I-XX and ROES I-X,<br>    Defendants, | Case No. 2:10cv-01228-PMP-PAL |

## **VOLUNTARY DISMISSAL OF COMPLAINT**

Plaintiffs, ERENDIRA ESPERANZA GUZMAN-IBARGUEN, individually, ERENDIRA

MEJIA-GUZMAN, individually, MARIA FERNANDEZ MEJIA-GUZMAN, individually,


www.injuryhelpnow.com

1  and TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO
2  MEJIA-ESTRADA, through their attorney, THOMAS CHRISTENSEN, ESQ. of
3  CHRISTENSEN LAW OFFICES, LLC, hereby, voluntarily dismisses Defendant,
4  SOUTHWEST EMERGENCY ASSOCIATES, from this matter without prejudice.

DATED THIS 14th day of August, 2012.

CHRISTENSEN LAW OFFICES, LLC

BY: _____#12585
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
Attorney for Plaintiffs

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2012.

