```
 1  VDSM
    THOMAS CHRISTENSEN, ESQ.
 2  Nevada Bar No. 2326
 3  CHRISTENSEN LAW OFFICES, LLC
    1000 S. Valley View Blvd.
 4  Las Vegas, Nevada 89107
    (702) 870-1000 Phone
 5  (702) 870-6152 Fax
 6  courtnotices@injuryhelpnow.com
    Attorneys for Plaintiffs
 7                    UNITED STATES DISTRICT COURT
 8                          DISTRICT OF NEVADA
 9
    ERENDIRA ESPERANZA                )
10  GUZMAN-IBARGUEN,individually;     )
    ERENDIRA MEJIA-GUZMAN,            )
11  individually; MARIA FERNANDEZ     )
12  MEJIA-GUZMAN, individually;       )
    TAMMY HARLESS as Special          )
13  Administrator for the Estate of   )
14  OSCAR ANICETO MEJIA-ESTRADA       )
              Plaintiffs,             )   Case No. 2:10cv-01228-PMP-PAL
15  v.                                )
                                      )
16                                    )
    SUNRISE HOSPITAL AND MEDICAL      )
17  CENTER, LLC.; OSCAR CHAVES, RN;   )
    NANCY BEASLEY RN;                 )
18  ARLAMAY ROGERS, RN; LAUREN        )
    HENDRICKS, RN; MARCELINO A.       )
19  TACADENA, RN; TINA HAYES, CNA;    )
20  NURSE STRUASS RN; TIEN CHANG      )
    WANG, MD; ANTHONY KEILY;          )
21  JEFFREY JOHNSTON;                 )
    SOUTHWEST EMERGENCY               )
22  ASSOCIATES; FREMONT EMERGENCY)
23  DOES I-XX and ROES I-X,           )
              Defendants,             )
24  _____    )
25               VOLUNTARY DISMISSAL OF COMPLAINT
26
    Plaintiffs, ERENDIRA ESPERANZA GUZMAN-IBARGUEN,individually, ERENDIRA
27
28  MEJIA-GUZMAN, individually, MARIA FERNANDEZ MEJIA-GUZMAN, individually,
```


www.injuryhelpnow.com

1  and TAMMY HARLESS as Special Administrator for the Estate of OSCAR ANICETO
2  MEJIA-ESTRADA, through their attorney, THOMAS CHRISTENSEN, ESQ. of
3  CHRISTENSEN LAW OFFICES, LLC,  hereby, voluntarily dismisses Defendant,
4
5  SOUTHWEST EMERGENCY ASSOCIATES, from this matter without prejudice.
6      DATED THIS 14th day of August, 2012.

           CHRISTENSEN LAW OFFICES, LLC

           BY: _____#12585_____
           THOMAS CHRISTENSEN, ESQ.
           Nevada Bar No. 2326
           1000 S. Valley View Blvd.
           Las Vegas, Nevada  89107
           Attorney for Plaintiffs


           IT IS SO ORDERED.


           _____
           PHILIP M. PRO
           UNITED STATES DISTRICT JUDGE

           Dated:  August 15, 2012.


CHRISTENSEN LAW
www.injuryhelpnow.com